**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:25-cv-60090-LEIBOWITZ/AUGUSTIN-BIRCH**

**BETTERNOI, LLC,**
        *Plaintiff,*

v.


**STAVROS ALOIZOS,** *et al.,*
        *Defendants.*
_____/

## ORDER ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiff's Motion to Strike Individual Defendants' Affirmative Defense No. 10. [ECF No. 192] (the "R&R"), filed on April 15, 2026, recommending that Plaintiff's Motion [ECF No. 172] ("the Motion") be DENIED. [ECF No. 192 at 1, 4]. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 174]. No objections to the R&R were filed during the 14-day objection period. Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1.    The Magistrate Judge's Report and Recommendation [ECF No. 192] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2.    Plaintiff's Motion to Strike the Individual Defendants' Affirmative Defense No. 10 [**ECF No. 172**] is **DENIED.**

**DONE AND ORDERED** in the Southern District of Florida on April 30, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record